# United States District Court
# For The Western District of North Carolina
# Asheville Division

RICHARD KEITH POE,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                1:06cv29-03-MU

DR. JOSEPH VAN NORT, et al.,

        Defendant(s).


DECISION BY COURT. This action having come before the Court on initial review and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2006 Order.


                                                                      FRANK G. JOHNS, CLERK

February 9, 2006

                                                         *s/Elizabeth J. Barton*
                              BY: _____
                                                   Elizabeth Barton, Deputy Clerk